# EXHIBIT "A"

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.: CACE-22-006603

HIMALAYA MAHARAJ,

    Plaintiff,

vs.

WAL-MART STORES EAST, LP,

    Defendant.

_____/

## FIRST AMENDED COMPLAINT FOR DAMAGES

(Amended to reflect proper name of the Defendant.)

The Plaintiff, HIMALAYA MAHARAJ, by and through her undersigned attorney, sues the Defendant, WAL-MART STORES EAST, LP, and alleges as follows:

1. That this is an action for damages in excess of Thirty Thousand ($30,000.00) Dollars.

2. That at all times material hereto, the Plaintiff, HIMALAYA MAHARAJ, was a resident of BROWARD County, Florida and is otherwise *sui juris*.

3. That at all times material hereto, the Defendant, WAL-MART STORES EAST, LP, was a foreign corporation authorized to conduct business in BROWARD County, Florida.

## COUNT I – NEGLIGENCE AGAINST WAL-MART STORES EAST, LP,

Plaintiff realleges and reincorporates each and every allegation contained in Paragraphs 1 through and including 3 above as is set forth in full and further alleges:

4. That at all times material hereto, Defendant, WAL-MART STORES EAST, LP, owned, possessed, operated, managed, leased, and/or controlled a grocery store located at 7900 West McNab Road, North Lauderdale, BROWARD County, Florida.

5. That on or about November 15, 2020, Plaintiff, HIMALAYA MAHARAJ, was a business invitee on the Defendant's, WAL-MART STORES EAST, LP, aforesaid premises at or near an aisle which included a display for cooking oil (the Product). That at said time and place, said display collapsed onto the Plaintiff, HIMALAYA MAHARAJ, when she attempted to remove a container of oil ("the Product,") for purchase.

6. That at all times material hereto, Defendant, WAL-MART STORES EAST, LP, owed Plaintiff, HIMALAYA MAHARAJ, a duty to maintain the aforesaid premises in a reasonably safe condition, and Defendant negligently breached its duty, more specifically:

(a) Defendant, by and through the acts and/or omissions of its employees, agents, and/or servants, negligently stacked the Product in an unsafe manner which created a foreseeable dangerous condition;

(b) Defendant, by and through the acts and/or omissions of its employees, agents, and/or servants, negligently displayed the Product in an unsafe manner which created a foreseeable dangerous condition;

(c) Defendant, by and through the acts and/or omissions of its employees, agents, and/or servants, negligently failed to inspect the premises to discover the dangerous condition created by its agents, employees or servants and/or other business invitees;

(d) Defendant, by and through the acts and/or omissions of its employees, agents, and/or servants, negligently engaged in an unsafe mode of operation by creating and permitting an unsafe product placement to exist on its property;

(e) Defendant, by and through the acts and/or omissions of its employees, agents, and/or servants, negligently failed to warn the Plaintiff and others similarly situated of the dangerous condition;

(f) Defendant, by and through the acts and/or omissions of its employees, agents, and/or servants, negligently failed to hire qualified personnel to keep the premises reasonably safe;

(g) Defendant, by and through the acts and/or omissions of its employees, agents, and/or servants, negligently failed to train personnel to keep the premises reasonably safe;

(h) Defendant, by and through the acts and/or omissions of its employees, agents, and/or servants, negligently failed to ensure that their personnel were following sufficient policies and procedures to keep the premises reasonably safe;

(i) Defendant, by and through the acts and/or omissions of its employees, agents, and/or servants, negligently maintained the aforesaid display, allowing the display to remain unstable and unsecured, creating a dangerous hazard;

(j) Defendant, by and through the acts and/or omissions of its employees, agents, and/or servants, negligently maintained the display so as to allow the display to collapse when containers were removed;

(k) Defendant, by and through the acts and/or omissions of its employees, agents, and/or servants, negligently failed to correct a dangerous condition that it knew or reasonably should have known existed;

(l)  Defendant, by and through the acts and/or omissions of its employees, agents, and/or servants, negligently failing to warn the Plaintiff about a dangerous condition that the Defendant reasonably did or reasonably should have had superior knowledge about and that the Plaintiff did not know existed.

7. That the aforesaid negligence and/or hazardous condition of the Defendant, WAL-MART STORES EAST, LP,'s, premises was caused by the Defendant, WAL-MART STORES EAST, LP, or had existed for a sufficient time so that Defendant, WAL-MART STORES EAST, LP, knew or should have known of said condition.

8. That as a direct and proximate result of Defendant's, WAL-MART STORES EAST, LP,'s, aforesaid negligence, Plaintiff, HIMALAYA MAHARAJ, suffered bodily injury and resulting pain and suffering, disability, disfigurement, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing, and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, HIMALAYA MAHARAJ, demands judgment against the Defendant, WAL-MART STORES EAST, LP, for compensatory damages in excess of Thirty Thousand ($30,000.00) Dollars, in addition to court costs.  Further, Plaintiff demands trial by jury on all issues so triable as of right by jury.

**(Remainder of this page left intentionally blank)**

**CERTICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via the Florida e-filing portal and served upon: CHRISTINE M. MANZO, ESQ., LIEBLER, GONZALEZ & PORTUONDO, Attorneys for Defendant, service@lgplaw.com; cmm@lgplaw.com; this 26th day of May, 2022.

                                    MILLER LAW GROUP, P.A.
                                    1937 East Atlantic Boulevard, Suite 204
                                    Pompano Beach, Florida 33060
                                    Telephone: (954)972-8011
                                    Telefax: (954)782-3636
                                    Primary E-Mail: litigation@millerlaw.legal

                                    */s/ Mohammed Haider*
By:                                  _____
                                    MOHAMMED HAIDER
                                    FBN: 1003274