# EXHIBIT "B"



**CT Corporation**
**Service of Process Notification**
05/17/2022
CT Log Number 541596081

## Service of Process Transmittal Summary

| | |
|---|---|
| **TO:** | KIM LUNDY- EMAIL<br>Walmart Inc.<br>GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200<br>BENTONVILLE, AR 72712-3148 |
| **RE:** | **Process Served in Florida** |
| **FOR:** | WALMART INC.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: MAHARAJ HIMALAYA // To: WALMART INC. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Notice, Interrogatories, Request |
| **COURT/AGENCY:** | Broward County Circuit Court, FL<br>Case # CACE22006603 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 11/15/2020, at 7900 West McNab Road, North Lauderdale, Broward County, Florida |
| **PROCESS SERVED ON:** | C T Corporation System, Plantation, FL |
| **DATE/METHOD OF SERVICE:** | By Process Server on 05/17/2022 at 04:31 |
| **JURISDICTION SERVED:** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Mohammed Haider<br>Miller Law Group, P.A.<br>1937 East Atlantic Boulevard, Suite 204<br>Pompano Beach, FL 33060<br>954-972-8011 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/18/2022, Expected Purge Date: 05/28/2022<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT



**CT Corporation**
**Service of Process Notification**
05/17/2022
CT Log Number 541596081

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Case Number: CACE-22-006603 Division: 12
Filing # 149035361 E-Filed 05/05/2022 02:15:14 PM

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.:

HIMALAYA MAHARAJ,

    Plaintiff,

vs.

WALMART INC.,

    Defendant.
_____/

5·17·22

2401

8% #362

**SUMMONS**

THE STATE OF FLORIDA:
To Each Sheriff of the State:

165706

    YOU ARE COMMANDED to serve this Summons and a copy of the Complaint or Petition in this action on Defendant:

**WALMART, INC.
BY SERVING THE REGISTERED AGENT:
CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION FL  33324**

    Each Defendant is required to serve written defenses to the Complaint or Petition on Mohammed Haider, Esq., Plaintiff's attorney, whose address is 1937 East Atlantic Boulevard, Suite 204, Pompano Beach, Florida 33060, within 20 days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter.  If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

    DATED on _____MAY 06 2022_____

| | |
|---|---|
| MOHAMMED HAIDER, ESQ.<br>Plaintiff's Attorney<br>Florida Bar No. 1003274<br>MILLER LAW GROUP, P.A.<br>1937 East Atlantic Boulevard, Suite 204<br>Pompano Beach, Florida  33060<br>Telephone:  (954)972-8011<br>Telefax:  (954)782-3636<br>Primary E-Mail:  litigation@millerlaw.legal | BRENDA D. FORMAN<br>Clerk of the Court<br><br><br><br>BY: _____<br>          BRENDA D. FORMAN<br>          As Deputy Clerk |

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 05/05/2022 02:15:12 PM.****